IN THE SUPREME COURT OF THE STATE OF NEVADA

LV DEBT COLLECT, LLC,
                    Appellant,
                vs.
THE BANK OF NEW YORK MELLON,
F/K/A THE BANK OF NEW YORK, AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWMBS,
INC., CHL MORTGAGE PASS-
THROUGH TRUST 2005-02,
MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2005-02,
                    Respondent.

No. 82708

FILED

JUN 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant's unopposed motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* NRAP 42(b). This dismissal is without prejudice to appellant's ability to file a notice of appeal from any district court order finally resolving all claims asserted by all parties in the district court.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Adriana Escobar, District Judge
       Kristine M. Kuzemka, Settlement Judge
       Shumway Van
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-17790